Real Packing Company, Appellee, v. Reo Packing Company et al., Appellants.

Gen. No. 40,804. (Abstract of Decision.)

500

 Heard in third division, first district, this
court at October term, 1939; opinion filed May 22, 1940; rehearing denied
June 14, 1940. Stanislaus E. Basinski, for appellants; Edward S.
Cody and Albert E. Hallett, Jr., of counsel; Edward L. Kowalski, for
appellee; Stanley S. Piotrowski, of counsel. Opinion by JUSTICE HEBEL.
''Not to be published in full.''